SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
WINDMILL STATION LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN CHONGTOUA MOUA dba TOKYO STEAK HOUSE; WINDMILL STATION LLC,<br><br>        Defendants. | Case No. 17-cv-00480-DAD-SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT WINDMILL STATION LLC TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to the provisions of Local Rule 144(a), Plaintiff Jose Acosta ("Plaintiff") |
| 2 | and Defendant Windmill Station LLC ("Defendant"), by and through their respective |
| 3 | counsel, hereby stipulate that Defendant may have an 18-day extension of time in which |
| 4 | to respond to Plaintiff's Complaint. Pursuant to this extension, a response by Defendant |
| 5 | shall be due on or before June 13, 2017. |
| 6 | The parties previously entered into an initial stipulation extending Defendant's |
| 7 | deadline to respond to the Complaint by 28 days. |
| 8 | This stipulation will not affect or alter any deadline previously set by Court order. |
| 9 | The reason for the present extension is that the parties are in the midst of |
| 10 | negotiating a resolution of this matter. |

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on his behalf.

IT IS SO STIPULATED.

DATED: May 23, 2017                             SEYFARTH SHAW LLP

                                                By: */s/ Myra B. Villamor*
                                                    Myra B. Villamor
                                                    Attorneys for Defendants


DATED: May 23, 2017                             MISSION LAW FIRM

                                                By: */s/ Zachary M. Best*
                                                    Zachary M. Best
                                                    Attorneys for Plaintiff

1

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that the following deadline applies:

June 13, 2017      Deadline for Defendant to Respond to Complaint

IT IS SO ORDERED.

Dated: **May 23, 2017**

UNITED STATES MAGISTRATE JUDGE