Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@mission.legal

Attorneys for Plaintiff
Jose Acosta

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN CHONGTOUA MOUA dba TOKYO STEAK HOUSE, et al., <br><br> Defendants. | No.  1:17-cv-00480-DAD-SAB <br><br> **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT JOHN CHONGTOUA MOUA DBA TOKYO STEAK HOUSE TO RESPOND TO COMPLAINT;  ORDER** |

**WHEREAS**, Plaintiff Jose Acosta ("Plaintiff") and Defendant John Chongtoua Moua dba Tokyo Steak House ("Defendant," and together with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a stipulation granting Defendant to and including May 26, 2017 to file a responsive pleading in this matter (Dkt. 7);

**WHEREAS**, the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

//

//

//

Page 1

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendant may have to and including June 13, 2017 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: May 25, 2017               MISSION LAW FIRM, A.P.C.

                                  */s/ Zachary M. Best*
                                  Zachary M. Best
                                  Attorneys for Plaintiff
                                  Jose Acosta

Dated: May 25, 2017               WILLIAMS, BRODERSON & PRITCHETT LLP


                                  */s/ Russell P. Burke*
                                  Russell P. Burke
                                  Attorneys for Defendant
                                  John Chongtoua Moua dba Tokyo Steak House


### **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, John Chongtoua Moua dba Tokyo Steak House, shall have to and including June 13, 2017 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated: **May 25, 2017**

                                  UNITED STATES MAGISTRATE JUDGE